UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

MAY 2 2003

| Vernon Craddock | 1120277 |

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg.# of each Plaintiff)*

**VERSUS**    CIVIL ACTION NO. 1:03-0407
*(Number to be assigned by Court)*

South Central Regional Jail

*(Enter above the full name of the defendant or defendants in this action).*

## COMPLAINT

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ____   No ✓

SCANNED

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

      _____

      _____

   6. Approximate date of filing lawsuit:_____

   7. Approximate date of disposition:_____

II. **Place of Present Confinement:** Home Confinement

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓        No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓        No ___

   C. If your answer is YES:

   1. What steps did you take? Grievance written to the Jail Administrator / medical Dept.

   2. What was the result? Jail Administrator : None

   medical Dept: None

   D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Vernon Cradle  112 0277

   Address: 896 Limetree CT #C Newport News, VA 23608

   B. Additional Plaintiffs and Address: _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant South Central Regional Jail
   Dr. Katino / Dawg white     Lee Fredricks
   is employed as Medical / Jail Administrator
   at SCRJ

D. Additional defendants: Medical Staff

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

I've been at SCRJ since 11/02, shortly after I had my personal physicians write my diagnosis and meds and send them to my attorney which in turn supplied them to SCRJ (12/02). I had Tried in vain from that time till 4/17/03 to receive the proper medical care. I've written Judge Faber on 3 separate occasions regarding this matter. My attorney has tried on several occasions to no avail.

## IV. Statement of Claim (continued):

On April 1, 03 my wife sent my meds to my attorney who brought them to medical. I had to sign a release form to have the pills thrown away because they were not within 30 days of the date of receival, but the disparity was they allowed me to have the creams that were dated the same dates. Now I have developed holes in my feet and inflamed legs and abnormal swelling. My diagnosis is Pheephosl Vascular Disease / Stasis venous ulcers / Bloodclots / Pulmonary emboli / Acid reflux / heart disease / arthritis. I'm in excruciating pain!

## V. RELIEF

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I would like to have these injuries rectified. I'm on full disability and SCRJ has made my health worse. Since being on here department I haven't been able as yet to obtain work due to medical problems occuring at SCRJ which means my family is suffering with my problem and monetary problems. I would like to settle this issue in a timely manner with restitution.

## V. Relief (continued)

_____

_____

_____

_____

_____

## VII.   Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        N/A

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ____        No ____

    If so, state the name(s) and address(es) of each lawyer contacted:

        No

    If not, state your reasons: I'm not in the state of West Virginia

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____        No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this _29_ day of ___April___, 19 03.

_____U-He_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/29/03___
(Date)

_____U-He_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)